# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric J. Durst           BK NO. 23-00309 HWV

           **Debtor(s)**

           **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Michael P. Farrington, Esquire**
        Michael P. Farrington, Esquire
        Attorney I.D. No. 329636
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322
        mfarrington@kmllawgroup.com