UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                              Bankr. Case No. 23-00309-HWV

Eric J. Durst                                       Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                   Bankr. Case No. 23-00309-HWV

Eric J. Durst                                                              Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 27, 2023 :

ELIZABETH HALEY ROHRBAUGH            Jack N Zaharopoulos
135 N. George Street                                   Standing Chapter 13 Trustee
York, PA 17401                                          8125 Adams Drive, Suite A
                                                                Hummelstown, PA 17036

                                                             By  /s/ Mandy Youngblood
                                                                        Mandy Youngblood

xxxxx52893 / 1068210