United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00309-HWV |
| Eric J. Durst | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf010 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Durst, 2086 Loman Drive, York, PA 17408-4214 |
| 5521708 | | 21ST MORTGAGE, 620 MARKET STREET, ONE CENTRE SQUARE, KNOXVILLE, TN 37902 |
| 5521703 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5521722 | + | HARLEY DAVIDSON, P.O. BOX 15129, PALATINE, IL 60055-0001 |
| 5521725 | + | KRISTINA HOMOLESKI, ESQ., P.O. BOX 2121, WARREN, MI 48090-2121 |
| 5521705 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5521730 | + | THOMAS A. CAPEHART, ESQUIRE, 33 S. 7TH STREET, P.O. BOX 4060, ALLENTOWN, PA 18105-4060 |
| 5521731 | + | TIM DURST, 2086 LOMAN AVENUE, YORK, PA 17408-4214 |
| 5521732 | + | U.S. DEPT. OF HOUSING AND URBAN DEV, 11TH FLOOR, 100 PENN SQUARE EAST, PHILADELPHIA, PA 19107-3325 |
| 5521954 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5521733 | + | WELTMAN, WEINBERG & REIS CO, LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5521734 | | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5521736 | + | YK CR BUREAU, 33 S DUKE ST, YORK, PA 17401-1401 |
| 5521737 | + | YORK CO DRS, 100 W MARKET ST, YORK, PA 17401-1332 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 18:46:03 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 18:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 18:46:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521709 | | Email/Text: ebn@21stmortgage.com | Mar 15 2023 18:44:00 | 21ST MORTGAGE CORPORATION, P.O. BOX 477, KNOXVILLE, TN 37901 |
| 5524080 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 18:44:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5525271 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 18:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5521710 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 18:44:00 | AMERICREDIT FINANCIAL SERV., P.O. BOX 183853, ARLINGTON, TX 76096 |
| 5521711 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 18:44:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5521712 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 18:46:16 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5522559 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 18:46:08 | Ally Financial, AIS Portfolio Services, LLC, 4515 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521713 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 15 2023 18:46:08 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5521714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 18:46:09 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5521715 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 15 2023 18:44:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5524565 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2023 18:46:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5525374 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 18:46:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5521719 | + | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | DISCOVER FINANCIAL, P.O. BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5521716 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5521717 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | DISCOVER BANK, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5521718 | | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5525711 | + | Email/Text: mrdiscen@discover.com | Mar 15 2023 18:44:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 5521720 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 15 2023 18:44:00 | FLAGSHIP CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, PO BOX 965, CHADDS FORD, PA 19317-0643 |
| 5521721 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 15 2023 18:44:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 5521723 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 15 2023 18:44:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5526750 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 15 2023 18:44:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2023 18:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5521724 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2023 18:44:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5522269 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 18:46:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522272 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2023 18:46:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5521726 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2023 18:46:03 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5521727 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2023 18:44:00 | MIDLAND FUND, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5521728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 18:46:03 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf010 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 5521704 | + | Email/Text: karen.brown@treasury.gov | Mar 15 2023 18:44:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5521729 | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 18:44:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5521733 | + | Email/Text: pitbk@weltman.com | Mar 15 2023 18:44:00 | WELTMAN, WEINBERG & REIS CO, LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5521735 | + | Email/Text: BKRMailOps@weltman.com | Mar 15 2023 18:44:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 323 W LAKESIDE AVE STE. 200, P O BOX 6597, CLEVELAND, OH 44101-1597 |
| 5527389 | + | Email/Text: kcm@yatb.com | Mar 15 2023 18:44:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 5521707 | + | Email/Text: kcm@yatb.com | Mar 15 2023 18:44:00 | YORK AREA EARNED INCOME TAX BUREAU, 1415 N. DUKE ST., YORK, PA 17404 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5521702 | *+ | ERIC J. DURST, 2086 LOMAN DRIVE, YORK, PA 17408-4214 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Eric J. Durst hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Eric J. Durst
        Debtor

Chapter 13

Case No. 1:23-bk-00309

ORDER GRANTING DEBTOR'S MOTION TO EXTEND
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(b)

UPON CONSIDERATION OF the Motion filed by the Debtor seeking to extend the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(b) (the "Motion"), and for good cause having been shown and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED** and the Automatic Stay is extended as to all creditors until closing of the case or further order of this Court.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 15, 2023