United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Eric J. Durst  
    Debtor

Case No. 23-00309-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 23, 2023      Form ID: ntcnfhrg      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Durst, 2086 Loman Drive, York, PA 17408-4214 |
| 5521708 | | 21ST MORTGAGE, 620 MARKET STREET, ONE CENTRE SQUARE, KNOXVILLE, TN 37902 |
| 5521703 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5521722 | + | HARLEY DAVIDSON, P.O. BOX 15129, PALATINE, IL 60055-0001 |
| 5521725 | + | KRISTINA HOMOLESKI, ESQ., P.O. BOX 2121, WARREN, MI 48090-2121 |
| 5521705 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5521730 | + | THOMAS A. CAPEHART, ESQUIRE, 33 S. 7TH STREET, P.O. BOX 4060, ALLENTOWN, PA 18105-4060 |
| 5521731 | + | TIM DURST, 2086 LOMAN AVENUE, YORK, PA 17408-4214 |
| 5521732 | + | U.S. DEPT. OF HOUSING AND URBAN DEV, 11TH FLOOR, 100 PENN SQUARE EAST, PHILADELPHIA, PA 19107-3325 |
| 5521954 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 5521734 | | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5521736 | + | YK CR BUREAU, 33 S DUKE ST, YORK, PA 17401-1401 |
| 5521737 | + | YORK CO DRS, 100 W MARKET ST, YORK, PA 17401-1332 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2023 19:02:04 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 18:47:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2023 19:02:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521709 | | Email/Text: ebn@21stmortgage.com | Mar 23 2023 18:47:00 | 21ST MORTGAGE CORPORATION, P.O. BOX 477, KNOXVILLE, TN 37901 |
| 5524080 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 18:47:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5525271 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 18:47:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5521710 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 18:47:00 | AMERICREDIT FINANCIAL SERV., P.O. BOX 183853, ARLINGTON, TX 76096 |
| 5521711 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 23 2023 18:47:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5521712 | + | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 19:02:05 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5522559 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2023 19:02:11 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5527636 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 19:02:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 (continued from 73118-7901) |
| 5521713 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 23 2023 19:02:08 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5521714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2023 19:02:05 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5521715 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 23 2023 18:47:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5524565 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2023 19:02:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5528489 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2023 19:02:04 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5525374 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2023 19:02:07 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5521719 | + | Email/Text: mrdiscen@discover.com | Mar 23 2023 18:47:00 | DISCOVER FINANCIAL, P.O. BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5521716 | | Email/Text: mrdiscen@discover.com | Mar 23 2023 18:47:00 | DISCOVER, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5521717 | | Email/Text: mrdiscen@discover.com | Mar 23 2023 18:47:00 | DISCOVER BANK, P.O. BOX 15316, WILMINGTON, DE 19850 |
| 5521718 | | Email/Text: mrdiscen@discover.com | Mar 23 2023 18:47:00 | DISCOVER BANK*, 6500 NEW ALBANY ROAD, NEW ALBANY, OH 43054 |
| 5525711 | + | Email/Text: mrdiscen@discover.com | Mar 23 2023 18:47:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 5521720 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 23 2023 18:47:00 | FLAGSHIP CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, PO BOX 965, CHADDS FORD, PA 19317-0643 |
| 5521721 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 23 2023 18:48:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 5521723 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 23 2023 18:48:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5526750 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 23 2023 18:47:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2023 18:47:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5521724 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 23 2023 18:47:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5522269 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 19:02:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522272 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2023 19:02:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5521726 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2023 19:02:07 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5521727 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 18:47:00 | MIDLAND FUND, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 92108-3007 |
| 5521728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 19:02:08 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5521704 | + | Email/Text: karen.brown@treasury.gov | Mar 23 2023 18:47:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5521729 | + | Email/Text: bncmail@w-legal.com | Mar 23 2023 18:47:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5521733 | + | Email/Text: pitbk@weltman.com | Mar 23 2023 18:47:00 | WELTMAN, WEINBERG & REIS CO, LPA, 436 7TH AVENUE, SUITE 2500, PITTSBURGH, PA 15219-1842 |
| 5521735 | + | Email/Text: BKRMailOps@weltman.com | Mar 23 2023 18:47:00 | WELTMAN, WEINBERG & REIS, CO. LPA, 323 W LAKESIDE AVE STE. 200, P O BOX 6597, CLEVELAND, OH 44101-1597 |
| 5527389 | + | Email/Text: kcm@yatb.com | Mar 23 2023 18:47:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 5521707 | + | Email/Text: kcm@yatb.com | Mar 23 2023 18:47:00 | YORK AREA EARNED INCOME TAX BUREAU, 1415 N. DUKE ST., YORK, PA 17404 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5521702 | *+ | ERIC J. DURST, 2086 LOMAN DRIVE, YORK, PA 17408-4214 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Eric J. Durst hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric J. Durst,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00309−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2023 |

ntcnfhrg (08/21)