Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

July 25, 2023

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

  Re:    **Durst, Eric J.**
          **Ch. 13, Case No. 1:23-bk-00309**

Dear Mr. Miller:

Please change the address of the following Creditor :

  Old Address:

  US Depart of Housing and Urban Dev
  11th Floor
  100 Penn Square East
  Philadelphia, PA 17107

  **New Address:**

    `US Depart of Housing and Urban Dev`
    **451 7th Street, SW**
    **Washington, DC 20410**

Sincerely,

/s/ E. Haley Rohrbaugh, Esquire

Haley Rohrbaugh
EHR/klb