UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ERIC J DURST | CASE NO: 23-00309<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Judge Henry W. Van Eck |

On 8/18/2023, I did cause a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/18/2023

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803
Attorney for Debtor
CGA Law Firm
135 N George Street
York, PA  17401

kbrayboy@cgalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIC J DURST

CASE NO: 23-00309

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Henry W. Van Eck

On 8/18/2023, a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/18/2023



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 N George Street
York, PA  17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00309<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI AUG 18 8-52-43 PST 2023 | ALLY FINANCIAL CO AIS PORTFOLIO<br>SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | AMERICREDIT FINANCIAL SERVICES INC DE<br>GM<br>PO BOX 99605<br>ARLINGTON TX 76096-9605 |
| CAPITAL ONE AUTO FINANCE A DIVISION OF<br>CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ~~EXCLUDE~~<br>~~(U)LAKEVIEW LOAN SERVICING LLC~~ | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | 21ST MORTGAGE<br>620 MARKET STREET<br>ONE CENTRE SQUARE<br>KNOXVILLE TN 37902 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 |
| (P)AMERICREDIT FINANCIAL SERVICS DBA GM<br>FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDIT FINANCIAL SERVICES INC DBA<br>GM<br>P O BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDITGM FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | ALLY FINANCIAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)(P)AMERICREDIT FINANCIAL SERVICS DB~~<br>~~GM FINANCIAL~~<br>~~PO BOX 183853~~<br>~~ARLINGTON TX 76096-3853~~ |
| ~~EXCLUDE~~<br>~~(D)(P)AMERICREDIT FINANCIAL SERVICS DBA~~<br>~~GM FINANCIAL~~<br>~~PO BOX 183853~~<br>~~ARLINGTON TX 76096-3853~~ | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CAPITAL ONE AUTO FINANCE<br>ATTN BANKRUPTCY<br>7933 PRESTON RD<br>PLANO TX 75024-2302 |
| CITIBANKBEST BUY<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | COMMERCIAL ACCEPTANCE COMPANY<br>ATTN BANKRUPTCY<br>2300 GETTYSBURG ROAD SUITE 102<br>CAMP HILL PA 17011-7303 | CAPITAL ONE AUTO FINANCE A DIVISION C<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| CAPITAL ONE AUTO FINANCE A DIVISION OF<br>CAPI<br>PO BOX 4360<br>HOUSTON TX 77210-4360 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| ~~EXCLUDE~~<br>~~(D)(P)DISCOVER FINANCIAL SERVICES LLC~~<br>~~PO BOX 3025~~<br>~~NEW ALBANY OH 43054-3025~~ | ~~EXCLUDE~~<br>~~(D)(P)DISCOVER FINANCIAL SERVICES LLC~~<br>~~PO BOX 3025~~<br>~~NEW ALBANY OH 43054-3025~~ | DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | DEBTOR |
|---|---|---|
| DISCOVER BANKDISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | E HALEY ROHRBAUGH<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK  PA 17401-1132 | ERIC J DURST<br>2086 LOMAN DRIVE<br>YORK  PA 17408-4214 |
| FLAGSHIP CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>PO BOX 965<br>CHADDS FORD  PA 19317-0643 | FLAGSTAR BANK<br>5151 CORPORATE DRIVE<br>TROY  MI 48098-2639 | FLAGSTAR BANK  NA<br>5151 CORPORATE DRIVE<br>TROY  MI 48098-2639 |
| HARLEY DAVIDSON<br>PO BOX 15129<br>PALATINE  IL 60055-0001 | HARLEY DAVIDSON FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY  NV 89721-2048 | HARLEYDAVIDSON CREDIT CORP<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 | KRISTINA HOMOLESKI  ESQ<br>PO BOX 2121<br>WARREN  MI 48090-2121 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE  SC 29603-0368 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE  NY 11804-9001 |
| MIDLAND FUND<br>350 CAMINO DE LA REINE<br>SUITE 100<br>SAN DIEGO  CA 92108-3007 | PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG  PA 17128-1061 | RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 |
| SECRETARY OF TREASURY<br>15TH  PENN AVENUE NW<br>WASHINGTON  DC 20220-0001 | TARGET NB<br>CO FINANCIAL  RETAIL SERVICES<br>MAILSTOP BT PO BOX 9475<br>MINNEAPOLIS  MN 55440-9475 | THOMAS A CAPEHART  ESQUIRE<br>33 S 7TH STREET<br>PO BOX 4060<br>ALLENTOWN  PA 18105-4060 |
| TIM DURST<br>2086 LOMAN AVENUE<br>YORK  PA 17408-4214 | US DEPART OF HOUSING AND URBAN DEV<br>451 7TH STREET  SW<br>WASHINGTON  DC 20410-0002 | WELTMAN  WEINBERG  REIS CO  LPA<br>436 7TH AVENUE<br>SUITE 2500<br>PITTSBURGH  PA 15219-1842 |
| WELTMAN  WEINBERG  REIS CO  LPA<br>170 S INDEPENDENCE MALL W<br>SUITE 874<br>PHILADELPHIA  PA 19106-3334 | WELTMAN  WEINBERG  REIS  CO LPA<br>323 W LAKESIDE AVE  STE 200<br>P O BOX 6597<br>CLEVELAND  OH 44101-1597 | YK CR BUREAU<br>33 S DUKE ST<br>YORK  PA 17401-1401 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK  PA 17405-0156 | YORK AREA EARNED INCOME TAX BUREAU<br>1415 N DUKE ST<br>YORK  PA 17404 | YORK CO DRS<br>100 W MARKET ST<br>YORK  PA 17401-1332 |
| ELIZABETH HALEY ROHRBAUGH<br>CGA LAW FIRM<br>135 N GEORGE STREET<br>YORK  PA 17401-1132 | EXCLUDE<br>~~(D)ERIC J DURST~~<br>~~2086 LOMAN DRIVE~~<br>~~YORK  PA 17408-4214~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |